1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Taurino Reyes

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TAURINO REYES,                    ) Case No.: 5:14-cv-01529-DTB
                                      )
12         Plaintiff,                 ) {PROPOSED} ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                            ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting         ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,  ) U.S.C. § 1920
15                                    )
           Defendant                  )
16  _____    )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $4,500.00 as

21  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

    DATE:   November 5, 2015
22
                                    /s/ David T. Bristow
23
                                    _____
24                                  THE HONORABLE DAVID T. BRISTOW
                                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-